DAVID L. JAFFE
Chief, Organized Crime and Gang Section
United States Department of Justice
KELLY PEARSON
Deputy Chief, Organized Crime and Gang Section
CHAD W. MCHENRY
ALEXANDER GOTTFRIED
Trial Attorneys, Organized Crime and Gang Section
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Kelly.Pearson@usdoj.gov
Chad.W.McHenry@usdoj.gov
Alexander.Gottfried@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | Case No. 2:17-cr-306-JCM-PAL-12 |
| Plaintiff, | |
| v. | **Government's Unopposed Motion to Vacate and Reset Pretrial Violation Hearing (First Request)** |
| **Valerian Chiochiu, *et al.*,** | |
| Defendants. | |

The United States of America, by and through DAVID L. JAFFE, Chief, Organized Crime and Gang Section, United States Department of Justice, and CHAD W. MCHENRY, Trial Attorney, respectfully requests that this Court vacate the pretrial violation initial appearance hearing that is currently scheduled for Wednesday, January 23, 2019 at 2:30 p.m., and reset it to a date and time convenient for this

Court, but no sooner than the week of March 11, 2019.

In support of its motion, the Government proffers as follows:

1. On January 14, 2019, this Court issued a minute order setting an initial appearance concerning an alleged pretrial release violation by the Defendant for Wednesday, January 23, 2019, at 2:30 p.m. ECF No. 463.

2. The trial date for the defendants currently before the Court in the above-captioned matter is governed by a Complex Case Schedule. ECF Nos. 364, 405. Trial in this matter is currently set for Monday, October 7, 2019, and the time prior to that date has been previously excluded by the Court. *Id*.

3. The alleged violation relates to a search warrant conducted and executed by the Government in or about October of 2018. Pursuant to that warrant, federal agents from Homeland Security Investigations ("HSI") conducted a search of the Defendant's residence, located in the Central District of California.

4. Due to the ongoing lapse in appropriations, the Government has thus far been unsuccessful in arranging the travel and other logistics for one of the California HSI agents to attend the hearing as currently scheduled.

5. Moreover, as all three assigned Government counsel are based primarily in Washington, D.C., and have conflicting obligations, attending the hearing as scheduled would be difficult, although if necessary it will be accomplished.

6. Counsel for the Government have been in contact with defense counsel to discuss the conflict and potential alternate scheduling for the hearing. The parties are in agreement regarding the need for a continuance, and jointly request that this

hearing be vacated and reset no earlier than the week of March 11, 2019.

7. This is the first request for a continuance of this hearing date.

**DATED** this 21st day of January, 2019.

Respectfully submitted,

DAVID L. JAFFE
Chief, Organized Crime and Gang Section
United States Department of Justice

/ s / Chad McHenry
_____
CHAD W. MCHENRY
Trial Attorney

## ORDER

Having considered the Government's proffer, and good cause appearing:

IT IS HEREBY ORDERED that the hearing for the Defendant's initial appearance on an alleged pretrial violation, currently scheduled for Wednesday, January 23, 2019, at 2:30 p.m., is VACATED. *See* ECF No. 463.

IT IS FURTHER ORDERED that the initial appearance hearing be reset to March 20, 2019 at 2:30 p.m. in Courtroom 3C.

_____
Hon. George W. Foley
United States Magistrate Judge
District of Nevada
Dated: 1/22/2019

3