1  DAVID L. JAFFE
   Chief, Organized Crime and Gang Section
2  United States Department of Justice
   KELLY PEARSON
3  Deputy Chief, Organized Crime and Gang Section
   CHAD W. MCHENRY
4  ALEXANDER GOTTFRIED
   Trial Attorneys, Organized Crime and Gang Section
5  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
6  (702) 388-6336
   Kelly.Pearson@usdoj.gov
7  Chad.W.McHenry@usdoj.gov
   Alexander.Gottfried@usdoj.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | Case No. 2:17-cr-306-JCM-PAL |
| Plaintiff, | |
| v. | **Government's Unopposed Motion to Dismiss Petition Seeking Revocation of Defendant's Pretrial Release and to Vacate Revocation Hearing** |
| **Valerian Chiochiu (#12),** *et al.*, | |
| Defendants. | |

The United States of America, by and through DAVID L. JAFFE, Chief, Organized Crime and Gang Section, United States Department of Justice, and CHAD W. MCHENRY, Trial Attorney, respectfully requests that this Court dismiss the pending petition seeking revocation of the Defendant's pretrial release, and vacate the pretrial revocation hearing that is currently scheduled before the Court for Monday, April 1, 2019, at 11:00 AM.

In support of its motion, the Government proffers as follows:

1. On March 28, 2018, this Court released the Defendant, who had previously been arrested pursuant to an Indictment returned by a federal grand jury seated in the District of Nevada subject to certain conditions of release. ECF Nos. 301, 358.

2. On November 1, 2018, this Court authorized the issuance of a warrant of arrest based on a petition alleging the Defendant's violation of his conditions of pretrial release. ECF No. 438.

3. As part of an ongoing criminal investigation in the above-captioned criminal case, federal agents with Homeland Security Investigations ("HSI") executed a search warrant on the Defendant's residence, located in the Central District of California, and arrested the Defendant pursuant to the November 1 warrant.

4. The magistrate judge in the Central District of California released the Defendant pursuant to additional conditions of release. ECF No. 440.

5. Since that time, the Defendant, though his counsel, has been in consistent contact with the Government, and the Government understands from a discussion with pretrial services that the Defendant has been in compliance with his conditions of release with no further issues.

6. Given the Defendant's success at complying with his conditions and his consistent contact with the Government since the violations, at this time the Government is no longer seeking to have his pretrial release revoked.

7. The Government discussed the matter with United States Pretrial Services Officer Kelly Bowen, the Defendant's supervising officer, and she has indicated no objection to the petition for revocation being dismissed.

For these reasons, the Government would respectfully move the Court to dismiss the pending petition for revocation of the Defendant's pretrial release, and to vacate the revocation hearing currently set before the Court on Monday, April 1, 2019, at 11:00 AM. The Defendant does not oppose this request.

**DATED** this 25th day of March, 2019.

Respectfully submitted,

DAVID L. JAFFE
Chief, Organized Crime and Gang Section
United States Department of Justice

*/ s / Chad McHenry*

_____
CHAD W. MCHENRY
Trial Attorney

## ORDER

Having considered the Government's proffer, and good cause appearing:

IT IS HEREBY ORDERED that the petition seeking revocation of the Defendant's pretrial release, ECF Nos. 438, 440, and 463, is hereby DISMISSED, and the Defendant is CONTINUED on his present conditions of release.

IT IS FURTHER ORDERED that the revocation hearing, currently set before this Court on Monday, April 1, 2019, at 11:00 AM, is VACATED.

_____
Hon. Cam Ferenbach
United States Magistrate Judge
District of Nevada

March 25, 2019