EISNER GORIN LLP
ALAN EISNER, State Bar # 127119
14401 Sylvan Street, Suite 112
Van Nuys, CA 91401
Phone/Fax: (818) 781-1570/5033
Email: alan@egattorneys.com

Attorney for Defendant
VALERIAN CHIOCHIU

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SVYATOSLAY BONDERENKO, et al.,<br><br>VALERIAN CHIOCHIU (#12)<br><br>　　　　　Defendants. | Case No.: 2:17-CR-306-JCM-VCF<br><br>**DEFENDANT VALERIAN CHIOCHIU'S UNOPPOSED MOTION TO ISSUE AN *AMENDED* ORDER** |

TO THE ABOVE-ENTITLED HONORABLE COURT AND THE ASSISTANT UNITED STATES ATTORNEY CHAD W. MCHENRY:

Defendant Valerian Chiochiu, by and through counsel of record, attorney Alan Eisner, hereby moves this honorable Court to amend its Order in Dkt 567. This Order mistakenly contained authorization for defendant to own a smartphone device. This portion of the Order was not agreed to by the government and was mistakenly left in the Order.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　EISNER GORIN LLP

Dated: May 24, 2019　　　　　　　*/S/ ALAN EISNER*

　　　　　　　　　　　　　　　　　ALAN EISNER
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　VALERIAN CHIOCHIU

1

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Valerian Chiochiu (hereafter as "Mr. Chiochiu) recently submitted a request to modify his pretrial release to authorize his opening of one checking and one savings account. (Dkts. 564 and 566). On May 24, 2019, this Court signed the order (Dkt. 567). This signed Order contains the erroneous statement that defendant be permitted to own a smartphone device. This was not agreed to by the government and was mistakenly left in the Order by defense counsel. Mr. Chiochiu herein submits a corrected order that authorizes defendant to open one checking account and one savings account, but not to own a smartphone device. Mr. Chiochiu further requests that this court vacate the order in Dkt. 567 and grant the requested Order herein.

Defense counsel has conferred with counsel for the Government, who has no opposition to the granting of this amended Order.

**ORDER**

IT IS HEREBY ORDERED that Valerian Chiochiu's Unopposed Motion to Issue an Amended Order is GRANTED. Mr. Chiochiu shall be permitted to open one checking account and one savings account with a financial institution, subject to monitoring by the pretrial services department. Further, the Order issued in Dkt 567 is hereby vacated.

Dated this <u>3rd</u> day of June, 2019.

_____
HONORABLE CAM FERENBACH
U.S. MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing entitled DEFENDANT VALERIAN CHIOCHIU'S UNOPPOSED MOTION TO ISSUE AN *AMENDED* ORDER to be electronically filed with the Clerk of the Court by submitting the document listed above to the electronic filing and service system at the United States District Court (CM/ECF), District of Nevada. CM/ECF will provide copies to all counsel of record registered CM/ECF notification.

Dated: May 24, 2019   *S/ALAN EISNER*
                      ALAN EISNER
                      Counsel for Defendant Valerian Chiochiu