```
┌─────────────────────────────────────────┐
│ ___ FILED        ___ RECEIVED           │
│ ___ ENTERED      ___ SERVED ON          │
│        COUNSEL/PARTIES OF RECORD        │
│                                         │
│            JUL 3 1 2020                 │
│                                         │
│        CLERK US DISTRICT COURT          │
│          DISTRICT OF NEVADA             │
│ BY: _____ DEPUTY    │
└─────────────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-306-JCM-VCF |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| VALERIAN CHIOCHIU, a.k.a. "Onassis," a.k.a. "Flagler," a.k.a. "Socrate," a.k.a. "Eclessiastes," | |
| Defendant. | |

This Court finds Valerian Chiochiu, a.k.a. "Onassis," a.k.a. "Flagler," a.k.a. "Socrate," a.k.a. "Eclessiastes," pled guilty to Count One of a One-Count Second Superseding Criminal Indictment charging him with racketeering conspiracy in violation of 18 U.S.C. § 1028; 18 U.S.C. § 1029; 18 U.S.C. § 1343; 18 U.S.C. § 1344; 18 U.S.C. § 1543; and 18 U.S.C. § 1962(c) and (d). Second Superseding Criminal Indictment, ECF No. 303; Change of Plea, ECF No. ___; Plea Agreement, ECF No. ___.

This Court finds Valerian Chiochiu, a.k.a. "Onassis," a.k.a. "Flagler," a.k.a. "Socrate," a.k.a. "Eclessiastes," agreed to the imposition of the in personam criminal forfeiture money judgment of $1,548,568.77 set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Second Superseding Criminal Indictment. Second Superseding Criminal Indictment, ECF No. 303; Bill of Particulars, ECF No. 361; Change of Plea, ECF No. ___; Plea Agreement, ECF No. ___.

The in personam criminal forfeiture money judgment is (1) any interest acquired or maintained in violation of 18 U.S.C. §§ 1028, 1029, 1343, 1344, 1543, and 1962(c) and (d); (2) any interest in; security of; claim against; or property or contractual right of any kind

1  affording a source of influence over; any enterprise established, operated, controlled,

2  conducted, or participated in the conduct of, in violation of 18 U.S.C. §§ 1028, 1029, 1343,

3  1344, 1543, and 1962(c) and (d); (3) any property constituting, or derived from, any

4  proceeds obtained, directly or indirectly, from racketeering activity or unlawful debt

5  collection in violation of 18 U.S.C. §§ 1028, 1029, 1343, 1344, 1543, and 1962(c) and (d); (4)

6  any personal property used or intended to be used to commit the violations of 18 U.S.C. §

7  1028; (5) any personal property used or intended to be used to commit the violations of 18

8  U.S.C. § 1029; (6) any property, real or personal, which constitutes or is derived from

9  proceeds traceable to violations of 18 U.S.C. §§ 1028, 1029, 1343, 1344, and 1543, specified

10 unlawful activities as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B), or 18 U.S.C. §

11 1962(c) and (d), conspiracy to commit such offenses; (7) any property constituting, or

12 derived from, proceeds obtained directly or indirectly, as the result of violations of 18

13 U.S.C. §§ 1343 and 1344, affecting a financial institution, or 18 U.S.C. § 1962(c) and (d),

14 conspiracy to violate such offenses; (8) any property constituting, or derived from, proceeds

15 obtained directly or indirectly, as the result of violations of 18 U.S.C. §§ 1028 and 1029, or

16 18 U.S.C. § 1962(c) and (d), conspiracy to violate such offenses; (9) any property real or

17 personal that constitutes, or is derived from or is traceable to the proceeds obtained directly

18 or indirectly from the commission of 18 U.S.C. §§ 1028 and 1543, or 18 U.S.C. § 1962(c)

19 and (d), conspiracy to violate such offenses; and (10) any property real or personal that is

20 used to facilitate, or is intended to be used to facilitate, the commission of 18 U.S.C. §§ 1028

21 and 1543, or 18 U.S.C. § 1962(c) and (d), conspiracy to violate such offenses, and is subject

22 to forfeiture pursuant to 18 U.S.C. § 1963(a)(1), (a)(2), and (a)(3); 18 U.S.C. § 1028(b)(5),

23 (g), and (h); 18 U.S.C. § 1029(c)(1)(C) and 1029(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28

24 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(A); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. §

25 982(a)(6)(A)(ii)(I) with 982(a)(6)(B); 18 U.S.C. § 982(a)(6)(A)(ii)(II) with 982(a)(6)(B); and

26 18 U.S.C. § 1963(m).

27      This Court finds that Valerian Chiochiu, a.k.a. "Onassis," a.k.a. "Flagler," a.k.a.

28 "Socrate," a.k.a. "Eclessiastes," shall pay an in personam criminal forfeiture money

2

1 | judgment of $1,548,568.77 to the United States of America, not to be held jointly and

2 | severally liable with any codefendants and the collected money judgment amount between

3 | the codefendants is not to exceed $586,000,000 [*$568,000.00*] pursuant to Fed. R. Crim. P. 32.2(b)(1) and

4 | (b)(2); 18 U.S.C. § 1963(a)(1), (a)(2), and (a)(3); 18 U.S.C. § 1028(b)(5), (g), and (h); 18

5 | U.S.C. § 1029(c)(1)(C) and 1029(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18

6 | U.S.C. § 982(a)(2)(A); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 982(a)(6)(A)(ii)(I) with

7 | 982(a)(6)(B); 18 U.S.C. § 982(a)(6)(A)(ii)(II) with 982(a)(6)(B); and 18 U.S.C. § 1963(m).

8 |          This Court finds that the United States of America may amend this order at any time

9 | to add subsequently located property or substitute property to the forfeiture order pursuant

10 | to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

11 |          THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

12 | the United States of America recover from Valerian Chiochiu, a.k.a. "Onassis," a.k.a.

13 | "Flagler," a.k.a. "Socrate," a.k.a. "Eclessiastes," an in personam criminal forfeiture money

14 | judgment of $1,548,568.77.

15 |          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

16 | copies of this Order to all counsel of record and three certified copies to the United States

17 | Attorney's Office, Attention Asset Forfeiture Unit.

18 |          DATED _Aug 31, 2020_, 2020.

19 |

20 |

21 | HONORABLE JAMES C. MAHAN

22 | UNITED STATES DISTRICT JUDGE

23 |

24 |

25 |

26 |

27 |

28 |

3

1

## CERTIFICATE OF SERVICE

A copy of the foregoing was served upon counsel of record via Electronic Filing on June 30, 2020.

/s/ Heidi L. Skillin
HEIDI L. SKILLIN
FSA Contractor Paralegal

4