EISNER GORIN LLP
ALAN EISNER, State Bar # 127119
14401 Sylvan Street, Suite 112
Van Nuys, CA 91401
Phone/ Fax: (818) 781-1570/5033
Email: alan@egattorneys.com

Attorney for Defendant
VALERIAN CHIOCHIU

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-306-JCM-VCF |
| Plaintiff, | STIPULATION AND ORDER CONTINUEING SENTENCING |
| vs. | Current Date: March 19, 2021 at 11:00 a.m. |
| VALERIAN CHIOCHIU (#12) | |
| Defendants. | |

    Defendant Valerian Chiochiu by and through his counsel of record, Alan Eisner and Plaintiff United States of America, by and through its counsel of record, Chad W. McHenry, Trial Attorney, Organized Crime and Gang Section, U.S. Department of Justice, hereby stipulate as follows:

    1)    Defendant pled guilty pursuant to plea agreement on July 31, 2020, and sentencing and disposition was set for December 11, 2020. (Dkt 730.)

    2)    The court again continued sentencing on October 23, 2020 to the present date of March 19, 2021. (Dkt. 756).

    3)    On October 29, 2020 the probation department disclosed its Presentence Investigation Report, which was revised and disclosed to the parties on February 12, 2021.

    4)    Defense counsel requires additional time to review the presentence investigation report, to adequately prepare defendant's sentencing position and to adequately prepare for the sentencing hearing.

1

5) The government, anticipating the calling of two witnesses to the hearing, was prepared to proceed. However, after conferring with its witnesses and confirming their future availability, the government has no objections to the continuance within the time period proposed below.

6) Based on the forgoing, the parties respectfully request the Court to continue the sentencing in this matter to a date and time at the convenience of the Court, but in order to accommodate the government's witnesses, no later than September, 2021, and not during the week of April 5-9, 2021.

IT IS SO STIPULATED.

Respectfully submitted,

EISNER GORIN LLP

Dated: March 9, 2021        *s/Alan Eisner*

ALAN EISNER
Attorney for Defendant
VALERIAN CHIOCHIU

Respectfully submitted,

UNITED STATES OF AMERICA

Dated: March 9, 2021        *s/ Chad McHenry*

CHAD McHENRY, U.S DEPT OF JUSTICE
Trial Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

# ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that good cause exists, taking into account the public interest in the prompt disposition of criminal cases.

Therefore, IT IS HEREBY ORDERED that:

The sentencing date is continued to <u>June 18, 2021 at 10:00 A.M.</u>

Dated: March 15, 2021.

_____
HON. James C. Mahan
United States District Judge