UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| United States OF AMERICA | ) | Case #2:17-cr-00306-JCM-VCF- |
|---|---|---|
| Plaintiff(s), | ) ) ) ) | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| vs. VALERIAN CHIOCHIU | ) ) ) ) | |
| Defendant(s). | ) ) | FILING FEE IS $250.00 |

_____Arkady Bukh_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Bukh Law Firm, P.L.L.C._____
(firm name)

with offices at _____1123 Avenue Z_____,
(street address)

_____Brooklyn_____, _____New York_____, _____11235_____,
(city)                        (state)                       (zip code)

_____+1-718-376-4766_____, _____honorable@usa.com_____.
(area code + telephone number)       (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Valerian Chiochiu_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __February 2002__ (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of __New York__ (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| Courts of the State of New York | 02/26/2003 | 4105615 |
| Eastern District of New York | 10/01/2004 | 4105615 |
| Southern District of New York | 08/11/2005 | 4105615 |
| Western District of New York | 2005 | 4105615 |
| Northern District of New York | 2011 | 4105615 |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> Courts of the State of New York; Eastern District of New York; Southern District of New York; Western District of New York; Northern District of New York

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF New York      )
                       )
COUNTY OF Kings        )

__Arkady Bukh__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__13th__ day of __October__, __2022__

__Yuliya Vangorodska__
Notary Public or Clerk of Court

YULIYA VANGORODSKA
NOTARY PUBLIC, State of New York
No. 02VA6141951
Qualified in Kings County
Commission Expires 03/06/2026

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Nicholas Wooldridge__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__400 S 7th Street__,
(street address)

__Las Vegas__, __Nevada__, __89101__,
(city)        (state)        (zip code)

__+1 702-623-6362__, __nicholas@wooldridgelawlv.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Nicholas Wooldridge_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_____Nicholas Wooldridge  4/6/ng_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

8732                          nicholas@wooldridgelawlv.com
Bar number                    Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, _____ Brenna B. Mahoney _____, Clerk of this Court,

certify that _____ Arkady Bukh _____, Bar # _____ AB1134 _____,

was duly admitted to practice in this Court on _____ 10/01/2004 _____, and is in good standing as a member of the Bar of this Court.

Dated at _____ Brooklyn _____ on _____ 09/19/2022 _____
(Location)                                                             (Date)

Brenna B. Mahoney
CLERK OF COURT

David Afrani
David Afrani , DEPUTY CLERK





*Appellate Division of the Supreme Court of the State of New York Second Judicial Department*

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Arkady Bukh

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 26, 2003**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on September 19, 2022.

*Maria T. Fasulo*

Clerk of the Court

CertID-00083593



**Appellate Division**
**Supreme Court of the State of New York**
**Second Judicial Department**
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022